# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| DANIEL C. JOHNSON,<br><br>              Petitioner,<br><br>v.<br><br>RON FRAKER,<br><br>              Respondent. | NO. C10-5090 BHS/KLS<br><br>ORDER GRANTING PETITIONER'S MOTION TO LIFT STAY OF HABEAS PETITION |

Before the Court is Petitioner's motion to lift the stay of this habeas proceeding. ECF No. 14. Respondent does not oppose the motion. ECF No. 15.

Accordingly, it is **ORDERED**:

(1) Petitioner's motion to lift the stay (ECF No. 14) is **GRANTED.** Respondent shall file a supplemental answer and any supplemental state court record materials **on or before August 12, 2011.** The supplemental answer will be treated in accordance with Local Rule CR 7. Accordingly, upon receipt of the supplemental answer, the Clerk will note the matter for consideration on the fourth Friday after the answer is filed, Petitioner may file and serve a response not later than on the Monday immediately preceding the Friday appointed for consideration of the matter, and Respondent may file and serve a reply brief not later than the Friday designated for consideration of the matter.

(2) The Clerk shall send a copy of this Order to Petitioner and counsel for Respondent.

DATED this  7th  day of July, 2010.

/s/ Karen L. Strombom
Karen L. Strombom
United States Magistrate Judge